# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **GLEICH COOTA JUNIOR MARCIO,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No.  3:26-CV-00416-LS |
| | § | |
| **MARY DE ANDA YBARRA, PAMELA** | § | |
| **BONDI, TODD M. LYONS, AND** | § | |
| **MICHAEL WATKINS,** | § | |
| | § | |
| *Respondents*. | § | |

## MEMORANDUM OPINION AND ORDER DENYING AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS

Petitioner Gleich Coota Junior Marcio brings this petition for a writ of habeas corpus against Respondents under 28 U.S.C. § 2241, challenging his detention by Immigration and Customs Enforcement ("ICE").[1] The Court denies the petition because Petitioner is still within the ninety-day removal period under 8 U.S.C. § 1231.

"[W]hen an alien is ordered removed, the Attorney General shall remove the alien from the United States within a period of 90 days."[2] During the removal period, the alien must be detained.[3] The removal period begins either on the date the order of removal becomes administratively final; the date of a court's final order, if the removal order is judicially reviewed; or the date the alien is released from non-immigration detention or confinement, whichever is latest.[4]

---

[1] ECF No. 2.
[2] 8 U.S.C. § 1231(a)(1)(A).
[3] *Id.* § 1231(a)(2)(A).
[4] *Id.* § 1231(a)(1)(B).

The immigration judge issued a decision in Petitioner's case on January 26, 2026,[5] and Petitioner had thirty days to appeal.[6] When there is no appeal, the removal order becomes final upon the expiration of the time allotted for an appeal.[7] Petitioner did not appeal, so his removal order became final on February 25, 2026, and the ninety-day removal period during which he must be detained is May 26, 2026. Because Petitioner is not entitled to release, his petition is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close this case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on March 16, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[5] ECF No. 9 at 1.
[6] 8 C.F.R. § 1003.38(b).
[7] 8 C.F.R. § 1241.1(c).

2